# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | |
| **KENNETH C. OSBOURNE, JR.** | **NO. 11-477-01** |

## AMENDED RESTITUTION ORDER

**AND NOW**, this 5th day of November, 2013, **IT IS ORDERED** that the Restitution Order dated September 27, 2013, is **AMENDED** as follows:

1. Reference to the restitution amount for HSBC Card Services, Attn: Fraud Department, P.O. Box 641, Buffalo, New York 14240 is **CORRECTED** to read "$14,928.03"; and,

2. Reference to the restitution amount for Target Corporation, Attn: Fraud Investigators, 900 West Sproul Road, Suite 102, Springfield, Pennsylvania 19064, Re: Case No. INC-238601 is **CORRECTED** to read "$5,672.35".

**IT IS FURTHER ORDERED** that, excepting only as noted above, the Restitution Order dated September 27, 2013, and the Judgment and Commitment Order dated September 17, 2013 **CONTINUE IN EFFECT.**

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.